AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Karene K. Eades

V.

Merck & Company, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9519

TO: (Name and address of Defendant)

> Merck & Company, Inc.
> C/O CT Corporation System
> 111 Eighth Ave.
> New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Laura V. Yaeger
> Fleming & Associates
> 1330 Post Oak Blvd.
> Suite 3030
> Houston, Texas 77056
> 713-621-7944
> 713-621-9638 (Fax)

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    DATE   OCT 2 5 2007

CLERK

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>November 15, 2007 at 12:40 PM |
| NAME OF SERVER (PRINT)<br>Sunbelt/ Henry Moss | TITLE<br>Licensed Process Server    Lic. No. 0870001 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personal service on Nora Dindyal, Process Specialist representing CT Corp. System The Registered Agent of Merck & Co., Inc. Service was executed at 111 8th Avenue, New York New York.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov. 15, 2007
  Date

*Signature of Server*   /s/ Henry Moss

Sunbelt Reporting & Litigation Services
*Address of Server*
6575 W. Loop South, Suite 850, Bellaire, TX  77401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.